2603.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Geraldine Person** | |
| Plaintiff, | |
| v. | No.: **10 C 3744** |
| **Commonweath Edison,** | Judge Blanche M. Manning |
| Defendant. | Magistrate Judge Nan R. Nolan |

### NOTICE OF DISMISSAL

NOW COMES the Plaintiff, Geraldine Person, by and through her attorney, Ekl, Williams, & Provenzale LLC, and hereby presents this Notice of Dismissal against Defendant, Commonwealth Edison, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted By:

Tracy L. Stanker
Ekl Williams & Provenzale LLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tstanker@eklwilliams.com

Geraldine Person
Plaintiff

Page 1 of 2